IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| EDWARD LYNN RUSSELL, | § § | |
| Plaintiff, | § § | |
| v. | § § | 2:20-CV-066-M-BR |
| STATE OF TEXAS, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION

After making an independent review of the pleadings, files, and records in this case, and the July 12, 2022, Findings, Conclusions, and Recommendation of the Magistrate Judge, and Plaintiff's July 26, 2022, Objections, the Court concludes that the Magistrate Judge's Findings and Conclusions are correct and the Objections are overruled. The Recommendation of the Magistrate Judge is accepted and the Complaint is dismissed as set forth in the Recommendation.

SO ORDERED this 2nd day of August, 2022.

BARBARA M. G. LYNN
CHIEF JUDGE